# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Jose Manuel Luna-Garcia ) <br> Defendant(s) ) | CRIMINAL NO. _O7CR 3391-L_ <br><br> **ORDER** <br> **RELEASING MATERIAL WITNESS** <br><br> Booking No. |

On order of the United States District/Magistrate Judge, *Major.*

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisco Javier Garcia - Martinez

DATED: __12/20/07__

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk