UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>Jose Manuel Luna-Garcia　　)<br>　　　　　　Defendant(s)　　)<br>_____) | CRIMINAL NO. 07CR3396-L<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, __Major__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / __Order of Court__).

Juanita Ramirez-Garcia

DATED: 12/20/07

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.　Clerk

　　　　by _____
　　　　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082