FILED

2008 JAN 18 PM 1:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

## United States District Court

### For The Southern District Of California

(Hon. Barbara L. Major)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Magistrate Case No. 07mj2828 |
| v. ) | Order Exonerating Material Witness Bond |
| JOSE MANUEL LUNA-GARCIA, ) | |
| Defendant(s). ) | |

### Order

**It Is Ordered** the personal surety bond for $5,000 securing the presence of material witness Francisco Javier Garcia-Martinez is exonerated, and the Clerk of the District Court shall release the $500 bond deposit held in the Registry of the court to the surety:

Juan Rivera
9131 Burnet Avenue #1
North Hills, CA 91343

Dated: 1/16/08

Barbara L. Major
United States Magistrate Judge